# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **FROILAN CHAMORRO,** | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO.: 3:15-cv-00656-L** |
| | § | |
| V. | § | |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| | § | |
| Defendant. | § | **JURY DEMAND** |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties wish to announce they reached an agreement of settlement in this matter. The Parties anticipate they will have the settlement finalized within 60 days from today, upon which time Plaintiff will file the appropriate dismissal documents with the Court. Accordingly, the parties ask the action, including any upcoming deadlines, be abated.

        Respectfully submitted,

        */s/ Jessica Taylor*
        Jessica Taylor
        State Bar No.: 24013546
        THE LAW OFFICE OF JESSICA TAYLOR
        14100 San Pedro, Suite 205
        San Antonio, Texas 78232
        Telephone: (210) 402-4022
        Facsimile: (210) 910-6350
        Email: jessica@jtaylorlaw.com

        **COUNSEL FOR PLAINTIFF**

        *Signed with permission

And

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson
State Bar No.:  24029862
Adrienne B. Hamil
State Bar No.: 24069867
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email:  rthompson@thompsoncoe.com
            ahamil@thompsoncoe.com

**COUNSEL FOR DEFENDANT
STATE FARM LLOYDS**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of April 2015, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

*Via Electronic Filing and E-mail:*
Jessica Taylor
THE LAW OFFICE OF JESSICA TAYLOR
14100 San Pedro, Suite 205
San Antonio, Texas 78232
Telephone: (210) 402-4022
Facsimile:  (210) 910-6350
Email: jessica@jtaylorlaw.com
    *Counsel for Plaintiff*

*/s/ Adrienne B. Hamil*
Adrienne B. Hamil

**JOINT NOTICE OF SETTLEMENT – PAGE 2**
2187688v1
10578.116